# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN SPISAK,

        Plaintiff,

vs.

C/O GUERRERO, *et al.*,

        Defendants.

Case No. 3:08-cv-0474-HDM-VPC

**ORDER**

On June 23, 2009, this Court entered an order (#6) requiring plaintiff's to submit an amended complaint containing all the claims that he wished to pursue in this litigation. Plaintiff had up to and including July 23, 2009, in which to file an amended complaint in compliance with the Court's order. The Court further advised plaintiff that failure to comply with the Court's order would result in dismissal of his action. On July 27, 2009, plaintiff submitted an "affidavit" (#7) making various unfounded allegations and complaints about a judicial conspiracy to frame him for various crimes. Plaintiff has not submitted an amended complaint and has failed to comply with the Court's order.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice. The Clerk of the Court shall enter final judgment accordingly.

DATED: August 13, 2009.

                                                                                                       UNITED STATES DISTRICT JUDGE