AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

JOHN SPISAK,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   **3:08-CV-474-HDM (VPC)**

C/O GUERRERO, et al.,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.**

  August 14, 2009                                    **LANCE S. WILSON**
                                                            Clerk

                                                             /s/
                                                             Deputy Clerk